## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHARLES MASON,

Plaintiff,

v.                                                             Case No. 6:10-cv-1724-Orl-35GJK

ANDREU, PALMA & ANDREU, PL.,

Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice with each party to bear its own attorneys' fees and costs.

Dated:  December 20, 2011            Respectfully submitted,

                                     s/ Andrew I. Glenn
                                     Andrew I. Glenn, Esq.
                                     E-mail:  AGlenn@cardandglenn.com
                                     Florida Bar No.:  577261
                                     J. Dennis Card, Jr., Esq.
                                     E-mail:DCard@cardandglenn.com
                                     Florida Bar No.  0487473
                                     Card & Glenn, P.A.
                                     2501 Hollywood Boulevard, Suite 100
                                     Hollywood, Florida 33020
                                     Telephone: (954) 921-9994
                                     Facsimile: (954) 921-9553
                                     Attorneys for Plaintiff