UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MASON,
    Plaintiff,

v.     CASE NO: 6:10-CV-1724-ORL-36-GJK

ANDREU, PALMA & ANDREU, P.L.,
    Defendant.
    _____/

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 8). In accord with Plaintiff's Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     Plaintiff's Notice of Voluntary Dismissal is APPROVED (Doc. 8).

2)     This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, on January 17, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record